THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE JAMES HILLS, Defendant-Appellant.

(No. 60147; )

First District (3rd Division)—April 17, 1975.

Opinion by Mr. JUSTICE McNAMARA.

James J. Doherty, Public Defender, of Chicago (Frances Sowa and Donald Honchell, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Iris E. Sholder, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE ex rel. JOHNNY BERLIN, Relator-Appellant, v. JOHN J. TWOMEY, Superintendent, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 60176;

First District (3rd Division)—April 17, 1975.